# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES OLIVER DELAMAR
ADC #510255                                                                                   PETITIONER

VS.                              5:11CV00242 JMM/JTR

RAY HOBBS, Director,
Arkansas Department of Corrections                                              RESPONDENT

## ORDER

Respondent has filed a Motion requesting an extension until November 14, 2011 to file a responsive pleading to the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  (Docket entry #11).

Respondent's counsel contends that additional time is needed due to a recent illness, and to give full consideration to the issues in the Petition.  For good cause shown, the Motion will be granted.

IT IS THEREFORE ORDERED THAT Respondent's Motion for Extension of Time (docket entry #11) is GRANTED.

Dated this 14th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE